

## Court Of Appeals
### Fourth Court of Appeals District of Texas
#### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00833-CV

Don **BERGER** (Former Hondo Police Chief) and Andy Chernak, in His Individual Capacity,
Appellants

v.

James T. **HOOTEN**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 08-08-19086-CV
Honorable Mickey Pennington, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:   April 29, 2009

JOINT MOTION TO VACATE AND REMAND GRANTED; VACATED AND REMANDED

The parties have filed a joint motion stating they have fully resolved and settled all issues in dispute. The parties ask that we vacate the trial court's judgment and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. We grant the parties' motion. The judgment of the trial court is therefore vacated, and the cause is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are assessed against the party who incurred them. *See id.* at (d).

PER CURIAM